**DLA PIPER US LLP**
(A New Jersey Limited Liability Partnership)
Two Tower Center Boulevard, Suite 1600
East Brunswick, New Jersey 08816-1100
(732) 590-1850
Attorneys for Defendant
Farmers Insurance Exchange

**RECEIVED**

JAN 2 5 2008

AT 8:30_____M
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ADVANCED ACUPUNCTURE CLINIC, INC., d/b/a ADVANCED THERAPY CLINIC, ALLIED MEDICAL, P.A. and CASEY OIE, D.C., d/b/a BLAKE CHIROPRACTIC, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FARMERS INSURANCE EXCHANGE.,<br>Defendant. | Civil Action No.: 3:07-CV-05445-JAP-TJB<br><br><br>**CONSENT ORDER FOR *PRO HAC VICE* ADMISSION** |

THIS MATTER, having been brought before the Court upon the application of Robert A. Assuncao, Esq. of the law firm of DLA PIPER US LLP, attorneys for Defendant, for an Order allowing Randall A. Hack, Esq. and Albert E. Fowerbaugh, Esq. to appear and participate *pro hac vice*, and plaintiff having consented to this application, and the Court having considered this matter pursuant to Fed R. Civ. P. 78, and for good cause shown,

IT IS on this 24 day of January, 2008,

**ORDERED** that Randall A. Hack and Albert E. Fowerbaugh be permitted to appear and participate *pro hac vice* in the above-captioned matter pursuant to L.Civ.R. 101.1(c); and it is further

**ORDERED** that all pleadings, briefs, and other papers filed with the Court shall be signed by an attorney of the law firm of DLA Piper US LLP, attorneys of record for Defendant,

who shall be held responsible for said papers and for the conduct of the case and who will be held responsible for the conduct of the attorney admitted hereby; and it is further

**ORDERED** that Randall A. Hack and Albert E. Fowerbaugh shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rules 120-1(b), 1:28-2(a) and 1:28B-1(e) within 20 days from the date of the entry of this Order; and it is further

**ORDERED** that Randall A. Hack and Albert E. Fowerbaugh shall make payment of $150.00 to the Clerk of the United States District Court in accordance with L.Civ.R. 101.1(c)(3), as amended, within 20 days from the date of the entry of this Order; and it is further

**ORDERED** that Randall A. Hack and Albert E. Fowerbaugh shall be bound by the Rules of the United States District Court for the District of New Jersey, including, but not limited to the provisions of L.Civ.R. 103.01, Judicial Ethics and Professional Responsibility, and L.Civ.R. 104.1, Discipline of Attorneys; and it is further

**ORDERED** that Randall A. Hack and Albert E. Fowerbaugh shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, Rule 1:21-7, as amended.

_____
Hon. John J. Hughes, U.S.M.J.

We hereby consent to the form and entry
of the within Order

_____
James E. Cecchi, Esq.
Carella Byrne Bain Gilfillan
Cecchi Stewart & Olstein
5 Becker Farm Road
Roseland, New Jersey 07069
E-mail: JCecchi@CarellaByrne.com
Attorney for Plaintiff